IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff(s) <br> v. <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## **REPORT OF NEUTRAL**

A _____ session was held in the above captioned matter on _____ .

The case (please check one):
  \_\_\_\_\_ has resolved
  \_\_\_\_\_ has resolved in part (see below)
  \_\_\_\_\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: _____          _____
                                     Signature of Neutral

Rev. 09/11